## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **Oliver Eugene Crawford,** | **Civil No. 05-2475 (DSD-JJG)** |
| Petitioner, | |
| v. | **ORDER** |
| **State of Minnesota,** | |
| Respondent. | |

This matter is before the undersigned upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Crawford's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED.**

2. The State's motion to dismiss (Doc. No. 5) is **DENIED AS MOOT.**

Dated: July 24, 2006

                                                              s/David S. Doty  
                                                              David S. Doty, Judge  
                                                              United States District Court